UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>Howard Givans<br><br>Debtor. | Case No.: 26-42556-***ess***~~hzc~~<br>(Chapter 13)<br><br>~~Assigned to:~~<br>~~Hon. Heather Z. Cooper~~<br>~~Bankruptcy Judge~~ |

**<u>*IN-REM* ORDER GRANTING ~~MOTION FOR~~ RELIEF FROM AUTOMATIC STAY</u>**

Upon the motion of Wells Fargo Home Mortgage, as servicing agent for Wells Fargo Bank, N.A., (the "Movant") dated June 30, 2026 (the "Motion"), for an order pursuant to 11 U.S.C. § 362~~(a)~~, lifting and vacating the automatic stay with respect to the property located at 45 Studio Lane, Staten Island, NY 10304 (the "Property"), and the Motion having come before this Court August 4, 2026, at which counsel for Movant appeared ***and was heard***, and there being no opposition to the Motion, it is hereby

**ORDERED,** that the automatic stay in effect pursuant to 11 U.S.C. § 362(a), is hereby ***modified*** ~~terminated~~ pursuant to 11 U.S.C. ~~§105(a) and~~ § 362(d)(4)(B) granting ***stay relief and*** *in rem* relief as to the Property, as to Movant, its agents, assigns or successors in interest, so that Movant, its agents, assigns or successors in interest, may ***pursue their rights*** ~~take any and all action~~ under applicable ~~state~~ law ~~to exercise its remedies against~~ ***with respect to*** the Property; and it is further

**ORDERED,** that the automatic stay under 11 U.S.C. § 362(a) is ***modified*** ~~terminated~~ pursuant to 11 U.S.C. § 362(d)(4)(B) as to Movant's interest in the Property such that if this Order is recorded in compliance with applicable State laws governing notices of interests or liens in real property, it shall be binding in any other case filed by any party under the Bankruptcy Code purporting to affect the Property that is filed not later than 2 years after the date of entry of this Order***, except that a debtor in a subsequent case under this title may move for relief from this Order based upon changed circumstances or for good cause shown, after a notice and a hearing***; and it is further

**ORDERED**, that the Trustee retain any and all interest that said Trustee may have in any surplus monies that may be produced from a***ny*** ~~foreclosure~~ sale of the Property, and will be noticed of any such sale of the Property and surplus money proceedings; and it is further

**ORDERED,** ~~**ADJUDGED AND DECREED**~~ that the Richmond County Clerk ***may*** ~~is hereby directed to~~ record a certified copy of this Order upon the payment of its requisite and lawful fees and index ***the*** same against the premises known as 45 Studio Lane, Staten Island, NY 10304, Block 2925/Lot 559. A Copy of the legal description is attached hereto as **Exhibit 'A'**.

**Dated: Brooklyn, New York**
**August 10, 2026**

Elizabeth S. Stong
United States Bankruptcy Judge